# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RODNEY WHITE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEYOND FINANCE, LLC,<br><br>　　　　Defendant. | Case No. 4:25-cv-00148 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff, RODNEY WHITE, and Defendant, BEYOND FINANCE, LLC, have reached a settlement of the above-captioned action. Plaintiff anticipates filing a notice of voluntary dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 14th day of January 2025.

Respectfully Submitted,

*/s/Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
180 N. Stetson Ave., Suite 2800
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorney for Plaintiff, Rodney White*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 14, 2025, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the District Court for the Southern District of Texas using the CM/ECF system, which will send notification of this filing to all attorneys of record in this action.

/s/ *Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis