UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RODNEY WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>BEYOND FINANCE, LLC,<br><br>    Defendant. | Case No. 4:25-cv-00148 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS

Plaintiff, RODNEY WHITE ("Plaintiff"), through his undersigned counsel, hereby gives notice of the voluntary dismissal of this action. Plaintiff's claims against Defendant are hereby dismissed, *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs and attorneys' fees.

DATED this 3rd day of February 2025.

Respectfully Submitted,

 /s/Taxiarchis Hatzidimitriadis
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC
180 N. Stetson Ave., Suite 2800
Chicago, IL 60601
(267) 422-1000 (phone)
(267) 422-2000 (fax)
teddy@consumerlawpartners.com

*Attorney for Plaintiff, Rodney White*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 3, 2025, I electronically filed the foregoing *Plaintiff's Notice of Voluntary Dismissal of Claims* with the Clerk of the Southern District of Texas using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF system.

*/s/ Taxiarchis Hatzidimitriadis*
Taxiarchis Hatzidimitriadis
CONSUMER LAW PARTNERS, LLC