Case 4:25-cv-00148   Document 10   Filed on 02/04/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODNEY WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-25-0148 |
| | § | |
| BEYOND FINANCE, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P., filed at Document No. 9. It is hereby

ORDERED that Plaintiff's Notice of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(i), FED. R. CIV. P. (Doc. No. 9) is GRANTED and this case is DISMISSED with prejudice, with each party to bear its own costs.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 4TH day of February, 2025.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE